Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56071.**—Wald & Company *v.* United States, protest 167794–K (St. Louis).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, NOVEMBER 27, 1951

**No. 56072.**—R. W. Smith A/C Robert H. Ray Company *v.* United States, protests 136650–K, etc. (Galveston).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of radar equipment the same in all material respects as that the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and following the authority cited, the radar equipment and parts thereof were held dutiable as claimed.

**No. 56073.**—R. W. Smith A/C Robert H. Ray Company *v.* United States, protest 150017–K (Galveston).

Opinion by LAWRENCE, J. It was stipulated that certain items of the merchandise consist of radar equipment the same in all material respects as that the subject of *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and following the authority cited, the radar equipment was held dutiable as claimed.

**No. 56074.**—Oxford University Press, N. Y., Inc. *v.* United States, protests 174826–K, etc. (New York).